# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 122 968 235 US, addressed to "Buddy Heild, 1007 Mulberry st., Louisville, KY 40217", with a return address of "Markus Robberson, 4923 E. University Dr., PHX, Az 85042". It is a white cardboard envelope, weighing approximately 8 ounces, mailed from Phoenix, AZ 85026, postmarked February 4, 2022, and bearing $26.95 in postage.

**SEARCH WARRANT**

Case Number: 22-5046mb

TO: MIRANDA GARCIA and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Miranda Garcia, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 122 968 235 US, addressed to "Buddy Heild, 1007 Mulberry st., Louisville, KY 40217", with a return address of "Markus Robberson, 4923 E. University Dr., PHX, Az 85042". It is a white cardboard envelope, weighing approximately 8 ounces, mailed from Phoenix, AZ 85026, postmarked February 4, 2022, and bearing $26.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, and/or TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/22/22 _____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

Feb. 8, 2022 @ 11:49 am
Date and Time Issued

at Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 122 968 235 US, addressed to "Buddy Heild, 1007 Mulberry st., Louisville, KY 40217", with a return address of "Markus Robberson, 4923 E. University Dr., PHX, Az 85042". It is a white cardboard envelope, weighing approximately 8 ounces, mailed from Phoenix, AZ 85026, postmarked February 4, 2022, and bearing $26.95 in postage.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number:  22-5046MB

I, MIRANDA GARCIA, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 122 968 235 US, addressed to "Buddy Heild, 1007 Mulberry st., Louisville, KY 40217", with a return address of "Markus Robberson, 4923 E. University Dr., PHX, Az 85042". It is a white cardboard envelope, weighing approximately 8 ounces, mailed from Phoenix, AZ 85026, postmarked February 4, 2022, and bearing $26.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and/or Title 18, United States Code, Section 1956(h), as evidence of said violations. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MIRANDA GARCIA, WHICH IS MADE A PART HEREOF.

Authorized by AUSA William Bryan
WILLIAM BRYAN  Digitally signed by WILLIAM BRYAN
Date: 2022.02.07 17:14:31 -07'00'
Subscribed electronically and sworn to telephonically

Miranda Garcia  Digitally signed by Miranda Garcia
Date: 2022.02.07 16:49:50 -07'00'

_____
Signature of Affiant – MIRANDA GARCIA

Feb 8 , 2022 @ 11:49 am
_____
Date

at   Phoenix, Arizona
_____
City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Miranda Garcia, being duly sworn, hereby depose and state as follows:

1.     I am a United States Postal Inspector and have been so employed since January 2006.  I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics-trafficking via the United States Mail.  I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails.  Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the United States Mail.

2.     I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).  The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below.

3.   This Affidavit is made in support of an application for search warrant for a United States Postal Service (USPS) Priority Mail Express Parcel (the **SUBJECT PARCEL**, as defined below).  The **SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

1

4.   The **SUBJECT PARCEL** is further described as follows: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 122 968 235 US, addressed to "Buddy Heild, 1007 Mulberry st., Louisville, KY 40217", with a return address of "Markus Robberson, 4923 E. University Dr., PHX, Az 85042". It is a white cardboard envelope, weighing approximately 8 ounces, mailed from Phoenix, AZ 85026, postmarked February 4, 2022, and bearing $26.95 in postage (hereinafter referred to as the "**SUBJECT PARCEL**").

## BACKGROUND

5.   From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States.  I also know that drug-traffickers prefer mail/delivery services such as USPS Express Mail and USPS Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.  When a drug-trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6.  Based on my training and experience regarding USPS Express Mail operations, I am aware that the USPS Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces.   In

addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

7.   Based on my training and experience, I am aware that the USPS Priority Mail service was created as a less expensive alternative to USPS Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard USPS First Class Mail.  Whereas a customer mailing an article via USPS Express Mail expects next-day service, a customer who mails an article via USPS Priority Mail can expect two to three-day delivery service.  The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8.   Based on my training and experience regarding USPS Priority Mail operations, I am aware that the majority of USPS Priority Mail mailings are business mailings.  Businesses have found that USPS Priority Mail is a significantly less expensive method of mailing than USPS Express Mail, particularly when next-day service is not a requirement.  I also know that, similar to USPS Express Mail, USPS Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds.  Examples of the typical types of business mailings conducted via USPS Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9.   From my training, personal experience, and the collective experiences related to me by other USPS Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled

substances, based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from the State of Arizona via the USPS, and proceeds from the sale of controlled substances are frequently returned to the State of Arizona via the USPS.

10. Based on my training and experience regarding the use of USPS Express Mail and USPS Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for USPS Express Mail, and two pounds for USPS Priority Mail; and/or

d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

4

11. Parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and usually an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On February 4, 2022, Postal Inspectors identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from a post office located in Phoenix, Arizona.

13. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** presented many of the characteristics listed in Paragraph 10 above.   For example, the **SUBJECT PARCEL**: (1) bore handwritten address information; (2) was addressed from one individual to another individual; (3) was not associated with a USPS business account; and (4) was sent from the State of Arizona to the State of Kentucky.

14. PMNT officials conducted a database query regarding the sender and delivery names and addresses appearing on the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant.  CLEAR associates addresses and telephone numbers to individuals and business entities.  The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL**, 1007 Mulberry St., Louisville, KY 40217, is an existing, deliverable address, however, the purported recipient of the **SUBJECT PARCEL**, Buddy Heild, is not associated with the delivery address appearing on the **SUBJECT PARCEL**.

16. Through the CLEAR database query, investigators learned that the return address appearing on the **SUBJECT PARCEL**, 4923 E. University Dr., Phoenix, AZ 85042, is not an existing, deliverable street address. Accordingly, Markus Robberson, the purported sender of the **SUBJECT PARCEL**, is not associated with the purported sender's address appearing on the **SUBJECT PARCEL**.

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, I am aware it is common for drug-traffickers to use names not associated with an address and/or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCELS

18. On February 4, 2022, Mesa Police Department (MPD) Detective Haynes' canine "Nicole" inspected the **SUBJECT PARCEL**. Detective Haynes separated the **SUBJECT PARCEL** from any other mail parcels and MPD narcotics-detecting canine "Nicole" independently examined the **SUBJECT PARCEL**. Detective Haynes advised "Nicole" gave a positive alert to the **SUBJECT PARCEL** by lying down next to the **SUBJECT PARCEL** at approximately 3:53 PM.

19. Detective Haynes explained that, when MPD narcotics-detecting canine "Nicole" lays down next to an item as she did, "Nicole" is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence within the **SUBJECT PARCEL** of narcotics or a

controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

20. Detective Haynes advised that she is an MPD detective currently assigned to the handling and care of MPD narcotics-detecting canine "Nicole". Detective Haynes has been a police officer with MPD for 20 years. "Nicole" is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for MPD since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection issued by the National Police Canine Association (NPCA), and "Nicole" and Detective Haynes were last certified on March 3, 2021. Detective Haynes' certifications also include the completion of a canine certification course provided by Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at MPD, "Nicole" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

21. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), 846 (Conspiracy to Possess with Intent to Distribute a Controlled

Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit

Money Laundering).

**Miranda
Garcia**

Digitally signed by
Miranda Garcia
Date: 2022.02.07
16:50:22 -07'00'

Miranda Garcia
United States Postal Inspector

Subscribed electronically and sworn to telephonically on this _____ day of February,
2022. 11:49 am

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

8